UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-22973-CIV-Scola

**MEDIATION REPORT**

Laos, Hector, et al.,

    Plaintiff(s),

vs

Grand Prize Motors, et al.,

    Defendant(s).
_____/

The undersigned, John W. Salmon, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: March 2, 2012. The results of the mediation conference are as follows:

✓    All required parties were present *or*

___    The following required parties were not present: _____

___    An agreement was reached. **Settlement Agreement Attached.**

___    A **confidential** settlement agreement was reached.

___    No agreement was reached. **Impasse**

✓    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___    The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

___    Other: _____

Respectfully Submitted:

John W. Salmon, Esq.
Florida Bar No.: 271276
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel