

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CIV-22973-SCOLA/BANDSTRA

**Hector Laos,** individually and
on behalf of others similarly situated,   CLASS REPRESENTATION

      Plaintiffs,

v.

**Grand Prize Motors, Inc.** d/b/a
"Grand Prize Lincoln-Mercury" and
"Grand Prize Chevrolet"; et al.,

      Defendants.
_____/

## NOTICE OF CONSENT TO OPT-IN PURSUANT TO 29 U.S.C. § 216 (b)

    1. I hereby consent, pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this lawsuit.

    2. By choosing to join this lawsuit, I understand that I designate the representative Plaintiff as my agent to make decisions on my behalf concerning the litigation, including entering into settlement agreements. These decisions will be binding on me if I join this lawsuit.

    3. By choosing to join this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable.

    4. I hereby agree to be represented by Anthony Sanchez, P.A. Law Offices, counsel for the representative Plaintiff.



_____   3-26-12
Signature                 Today's Date

Tim R. Eaton
Print your first, middle and last name

1515 NE 125 Ter #301 N. Miami FL 33161
Home Address

_____   954-557-4556   eatonfabman@AOL.com
Home Phone Number   Cell Phone Number   Email Address