UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22973-Civ-SCOLA

HECTOR LAOS, *et al.*,

    Plaintiffs,
vs.

GRAND PRIZE MOTORS, INC, *et al.*,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion For Approval of Collective Action Settlement Upon In Camera Review, and Stipulation of Dismissal With Prejudice (ECF No. 92). Having reviewed the record, the relevant legal authorities, and the parties' settlement agreement (which was reviewed *in camera*), the Court finds the settlement agreement fair and reasonable. Accordingly, it is **ORDERED and ADJUDGED** that the Joint Motion (ECF No. 92) is **GRANTED**, and the settlement agreement is **APPROVED**. This case is **DISMISSED** with prejudice. The Court shall retain jurisdiction to enforce the parties' settlement agreement. The Clerk shall **CLOSE** this matter.

    **DONE and ORDERED** in chambers, at Miami, Florida, on June 28, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*